# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC THOMAS MESI )
)
        Plaintiff, ) Case No.: 2:21-cv-00638-GMN-NJK
vs. )
) **ORDER**
PENNYMAC LOAN SERVICES LLC aka )
Countrywide Home Loans, *et. al*, )
)
        Defendants. )
)

Under Local Rule IA 1-8, "[a]ll . . . civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." *See* D. Nev. Local R. IA 1-8. Here, Plaintiff's suit concerns real property located at 6865 Quantum Court, Sparks, Nevada 89436 ("Property"). (*See* Compl. at 3, ECF No. 1). Given that the Property is in the unofficial Northern Division of the District of Nevada, the Court accordingly transfers the civil action to the unofficial Northern Division.

**IT IS HEREBY ORDERED** that the above-listed case is transferred to the unofficial Northern Division of the District of Nevada. The Clerk of Court is ordered to close the instant case and open the case as an unofficial Northern Division case.

**DATED** this __4__ day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1