# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERIC THOMAS MESI, )
                                                      )
             Plaintiff, )     Case No.: 3:21-cv-00207-GMN-CLB
    vs. )
                                                      )           **ORDER**
PENNYMAC LOAN SERVICES LLC, *et al.*, )
                                                       )
           Defendants. )
                                                       )

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, (ECF No.19), which recommends that the case be dismissed with prejudice. The R&R further recommends that pending motions be denied as moot.[1]

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

---

[1] Specifically, these pending motions include the Motion to E-File, (ECF No. 7); Motion for Writ of Mandamus, (ECF No. 9); and Motions to Strike, (ECF Nos. 13, 14). (*See* R&R at 5–6).

Here, no objections were filed, and the deadline to do so, June 4, 2021, has passed. (*See* Report and Recommendation, ECF No. 19).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 19), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Motion for Leave to File in forma pauperis, (ECF No. 2), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Motion to E-file, (ECF No. 7), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Motion for Writ of Mandamus, (ECF No. 9), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Motions to Strike, (ECF Nos. 13, 14, and 20), are **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Motion for More Time to Bring Plaintiffs Into the Case, (ECF No. 22), is **DENIED as moot**.

The Clerk of Court shall close the case.

**DATED** this __7__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court